**FOR PUBLICATION**

# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

| | |
|---|---|
| IN RE A.L.C; E.R.S.C., Infants under the age of 16, | No. 14-55671 |
| | D.C. No. 2:14-cv-01506-ODW-SH |
| ANDREAS CARLWIG, *Petitioner-Appellee*, | |
| v. | ORDER |
| SARODJINY CARLWIG, *Respondent-Appellant*. | |

Appeal from the United States District Court
for the Central District of California
Otis D. Wright II, District Judge, Presiding

Argued and Submitted
March 2, 2015—Pasadena, California

Filed April 17, 2015

Before: Harry Pregerson, Ferdinand F. Fernandez,
and Jacqueline H. Nguyen, Circuit Judges.

**COUNSEL**

Matthew A. Fitzgerald (argued), Christopher Trible, and Lauren Woods, McGuireWoods LLP, Richmond, Virginia; Leslie M. Werlin, Dana Palmer, Molly White, Blake Olson, and Truc Nguyen, McGuireWoods LLP, Los Angeles, California, for Plaintiff-Appellant.

Philip D. Parrish (argued), Philip D. Parrish, P.A., Miami, Florida; Lawrence S. Katz, Miami, Florida, for Defendant-Appellee.

Erin C. Smith, Nancy K.D. Lemon, and Jennafer Dorfman Wagner, Berkeley, California; Donald M. Falk, Mayer Brown LLP, Palo Alto, California, for Amici Curiae Family Violence Appellate Project, California Women's Law Center, Legal Momentum, Women's Law Project, and Professor Jane Stoever.

**ORDER**

Sarah Carlwig appeals the decision and order of the district court sending A.L.C. and E.R.S.C., dual-national American and Swedish children, to Sweden pursuant to the Convention on the Civil Aspects of International Child Abduction (the "Convention"), and its implementing legislation, the International Child Abduction Remedies Act, 22 U.S.C.A. §§ 9001–11. We have jurisdiction under 28 U.S.C. § 1291.

We hereby vacate the portion of the district court's order, *Carlwig v. Carlwig (in re A.L.C.)*, 16 F. Supp 3d 1075 (C.D. Cal 2014), concerning the habitual residence of E.R.S.C.

**IT IS SO ORDERED.**